| | |
|---|---|
| 1 | CAROL C. LAM |
| | United States Attorney |
| 2 | STACEY H. SULLIVAN |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 171605 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California  92101-8893 |
| 5 | Telephone: (619) 557-7087 |
| | Facsimile: (619) 235-4716 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05CR2120-DMS |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | STIPULATION CONTINUING |
| v. | ) | SENTENCING HEARING DATE |
| | ) | |
| ISMAEL ALEJANDRO RAMIREZ-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

  IT IS STIPULATED between plaintiff, UNITED STATES OF AMERICA, through its counsel, CAROL C. LAM, United States Attorney, and Stacey H. Sullivan, Assistant U.S. Attorney, and defendant Ismael Alejandro Ramirez-Ramirez, through his counsel, Gary P. Burcham, Esquire, that the Sentencing Hearing in Criminal Case No. 05CR2120-DMS be continued from September 8, 2006, at 9:00 a.m. to October 13, 2006, at 9:00 a.m.

9-6-06
DATED

9/7/06
DATED

/s/ Stacey Sullivan
STACEY H. SULLIVAN
Assistant U.S. Attorney

GARY P. BURCHAM
Attorney for Defendant
ISMAEL ALEJANDRO RAMIREZ-RAMIREZ

FILED
2006 SEP -7  PM 1:46

Case 3:05-cr-02120-DMS   Document 37   Filed 09/07/06   PageID.157   Page 2 of 2

FILED

2006 SEP -7 PM 1:46

CLERK US...
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br> ISMAEL ALEJANDRO )<br>   RAMIREZ-RAMIREZ, )<br> )<br> Defendant. )<br> _____) | Criminal Case No. 05CR2120-DMS <br><br> ORDER CONTINUING DATE <br> FOR SENTENCING HEARING |

O R D E R

Good cause appearing, IT IS HEREBY ORDERED that the Sentencing Hearing in Criminal Case No. 05CR2120-DMS be continued from September 8, 2006, at 9:00 a.m. to October 13, 2006, at 9:00 a.m.

DATED:  9-7-06  .

_____
HONORABLE DANA M. SABRAW
United States District Court Judge