```
                                            FILED

                                       2006 OCT 17  PM 4: 15

                                       CLERK US DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05CR2120-DMS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | CONTINUE SENTENCING |
| ) | HEARING |
| ISMAEL RAMIREZ-RAMIREZ, ) | |
| Defendant. ) | |

For good cause shown, it is hereby stipulated by and between the parties that the Sentencing Hearing originally scheduled for October 13, 2006 at 9:00 a.m., be rescheduled for November 9, 2006 at 9:00 a.m.. This date was provided by Courtroom Deputy Jamie Klosterman.

Dated: 10/17/06

GARY P. BURCHAM
Counsel for Defendant

Dated:

STACEY H. SULLIVAN
Assistant United States Attorney

SO ORDERED.

Dated: 10-17-06

DANA M. SABRAW
United States District Judge